UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- X
KIM VASQUEZ,

                       Plaintiff,

          - against -

NEW YORK STATE TROOPER POLICE
OFFICERS SHAMEED YADALI AND
JOSEPH MERLA,

                      Defendants.
------------------------------------------------------------- X

16-CV-895 (PMH)

**ORDER AUTHORIZING THE
DEPOSITION OF
<u>INCARCERATED PLAINTIFF</u>**

**IT IS HEREBY ORDERED**, pursuant to Federal Rule of Civil Procedure 30(a)(2)(B), that an Assistant Attorney General may take the deposition of Plaintiff Kim Vasquez, before a notary public or some other officer authorized to administer oaths by the laws of the United States or of the State of New York, at the Rockland County Correctional Center, upon notice to Plaintiff and the warden of the correctional facility housing the Plaintiff.

Dated:  New York, New York
         December **21**, 2020

SO ORDERED.

**Hon. Philip M. Halpern**
United States District Judge