51 New He[...]                                                      [...]Y 10956

Honorable Jud[...]
US District Co[...]
300 Quarro[...]
White Plains[...]

Defendants are directed to serve and file a response to
this letter by 5:00 p.m. on January 11, 2021.

The Clerk of the Court is respectfully directed to mail a
copy of this Order to Plaintiff.

SO ORDERED.

Philip M. Halpern
United States District Judge

Dated:  New York, New York
        January 8, 2021

DEC 2 8 2020

RE: KIM VASQUEZ v. TADALI, et.AL; 16·CV·895(PMH)
(Letter/Motion to compel Discovery)

Dear Judge HALPERN,

    Hello, I am the Pro Se plaintiff to the above. mentioned
Court matter, and I respectfully write the Court to
request an Order for the Defendants to compel the
discovery in their posessions pursuant to rule 26, also
the Courts Order from the Conference in September
2020. Respectively this plaintiff informed the Court that
his records had been lost and the Court instructed
the Defendants to send this plaintiff a copy of all
records. Including copy of all complaints filed,
motions filed and witness affidavits, also Court & Police
Records. Lastly the plaintiff still waits for the video
surveillance from the State trooper barricks on the
night/morning of the arrest. Respectively if need be
the plaintiff requests the Court Order such records
be compelled, unless the Defendants comply beforehand.
I thank you for your consideration. Respectfully,
        DATE: December 22, 2020              KIM VASQUEZ (Pro Se)