KIM VASQUEZ
51 New Hempstead Road New City, NY 10956

[Date:] ___, 2020

[To:] ___ern
[District] of N.Y.

RECEIVED
DEC 2 8 2020

___, et. AL; 16·CV·895 (PMH)
(___ discovery)

> As Defendants mailed Plaintiff copies of the documents sought herein, the application is denied as moot. Furthermore, the Court notes that Defendants have represented that there is no video from the New York State Police barracks. (Doc. 118).
>
> The Clerk of the Court is respectfully directed to terminate motion sequence pending at Doc. 116 and mail a copy of this Order to Plaintiff.
>
> SO ORDERED.
>
> _/s/ Philip M. Halpern_
> Philip M. Halpern
> United States District Judge
>
> Dated: New York, New York
> January 12, 2021

Dear Judge Halpern,

Hello, I am the Pro Se plaintiff to the above mentioned Court matter, and I respectfully write the Court to request an Order for the Defendants to compel the discovery in their possessions pursuant to rule 26, Also the Courts Order from the Conference in September 2020. Respectively this plaintiff informed the Court that his records had been lost and the Court instructed the Defendants to send this plaintiff a copy of all records. Including copy of all complaints filed, motions filed and witness affidavits, also Court & Police records. Lastly the plaintiff still waits for the video surveillance from the State trooper barracks on the night/morning of the arrest. Respectively if need be the plaintiff requests the Court Order such records be compelled, unless the Defendants comply beforehand. I thank you for your consideration. Respectfully,

Date: December 22, 2020

Kim Vasquez (Pro Se)