UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| KIM VASQUEZ,<br><br>      Plaintiff,<br><br>-against-<br><br>SHAMEED YADALI, et al.,<br><br>      Defendants. | **ORDER**<br><br>16-CV-00895 (PMH) |

PHILIP M. HALPERN, United States District Judge:

  As noted in the Court's May 20, 2021 Order, as there is an appeal in this matter pending before the Second Circuit, this Court will not issue an Order in this matter until after a Mandate issues from the Court of Appeals. (*See* Doc. 149). Accordingly, the Case Management Conference scheduled previously for July 21, 2021 is adjourned *sine die*.

  The Clerk of the Court is respectfully directed to mail a copy of this Order to Plaintiff. Counsel for Defendants shall also mail a copy of this Order to Plaintiff and file proof of service on the docket forthwith.

               **SO ORDERED:**

Dated: White Plains, New York
     July 16, 2021

               _____
               PHILIP M. HALPERN
               United States District Judge