UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

KIM VASQUEZ,

                Plaintiff,

-against-

SHAMEED YADALI, et al.,

                Defendants.

**ORDER**

16-CV-00895 (PMH)

PHILIP M. HALPERN, United States District Judge:

      The Court held a telephonic status conference on October 5, 2021. Plaintiff, proceeding *pro se*, and counsel for Defendants appeared. As stated on the record, Plaintiff does not believe any discovery remains outstanding. Defendants, however, stated that they are awaiting: (1) Plaintiff's responses to their First Request for Production of Documents; (2) Plaintiff's responses to Numbers 5, 6, 9, 10, 12-15, and 17 in their First Set of Interrogatories; and (3) a witness statement Plaintiff cited in response to the First Set of Interrogatories. Defendants indicated also that they have attempted to secure mental health counseling and medical treatment records, but Plaintiff represented that has been unable to recall the names of his providers or locations where he received treatment. Plaintiff was advised that failure to make these records available to Defendants may preclude him from introducing such evidence at a later date.

      In light of the foregoing, the deadline by which all discovery must be completed is extended to and including December 6, 2021. The Court shall hold a telephonic Case Management Conference at 09:30 a.m. on December 8, 2021. At the time of the conference, all parties shall call (888) 398-2342; access code: 3456831. Counsel for Defendants shall ensure Plaintiff's appearance at the next conference.

The Clerk of the Court is respectfully directed to mail a copy of this Order to Plaintiff.

**SO ORDERED:**

Dated: White Plains, New York
October 5, 2021

_____
PHILIP M. HALPERN
United States District Judge