UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

KIM VASQUEZ,

                  Plaintiff,

          -against-

SHAMEED YADALI, et al.,

                  Defendants.

**ORDER**

16-CV-00895 (PMH)

PHILIP M. HALPERN, United States District Judge:

    The Court held a telephonic Case Management Conference on December 8, 2021. Plaintiff, proceeding *pro se*, and counsel for Defendants appeared. As stated on the record, discovery is complete and all parties intend to move for summary judgment. Based upon Plaintiff's representation on the record, the Court construes the letter Plaintiff filed on October 25, 2021 (Doc. 157) as his motion for summary judgment.

    The parties shall file the remaining motion papers in accordance with the following schedule: **(1)** Defendants shall serve and file their opposition the Plaintiff's motion for summary judgment as well as their own affirmative motion for summary judgment on or before **January 14, 2022**; **(2)** Plaintiff shall serve and file his reply in further support of his motion as well as his opposition to Defendants' motion on or before **February 25, 2022**; and **(3)** Defendants shall serve and file their reply papers in further support of their motion, if any, on or before **March 11, 2022**.

    The Clerk of the Court is respectfully directed to mail a copy of this Order to Plaintiff.

                              **SO ORDERED:**

Dated:  White Plains, New York
          December 8, 2021

                              _____
                              PHILIP M. HALPERN
                              United States District Judge