**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
KIM VASQUEZ,

                Plaintiff,

-against-                              16 **CIVIL** 895 (PMH)

**JUDGMENT**

SHAMEED YADALI, et al.,,

                Defendants.
-----------------------------------------------------------X

        It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum Opinion and Order dated May 19, 2022, in light of the foregoing, Defendants' motion for summary judgment is GRANTED, Plaintiff's motion for summary judgment is DENIED, and the claims against the Does are dismissed without prejudice sua sponte. The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Memorandum Opinion and Order would not be taken in good faith, and therefore in forma pauperis status is denied for the purpose of an appeal. Cf. Coppedge v. United States, 369 U.S. 438, 444-45 (1962) (holding that any appellant demonstrates good faith when he seeks review of a nonfrivolous issue; accordingly, the case is closed.

**Dated:** New York, New York

        May 19, 2022

                                                                     **RUBY J. KRAJICK**

                                                                     **Clerk of Court**
                               **BY:**    *K. Mango*

                                                                      **Deputy Clerk**